

**Entered on Docket**
**December 18, 2009**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas. Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO. ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO. P.A.
2525 East Camelback Road. Suite 300
Phoenix. Arizona 85016
Telephone: (602) 255-6000
Select Mortgage, Inc.
09-76734

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In Re:

Abel Castro and Socorro Castro

                    Debtor(s).

BK-09-22787-lbr

Date: 11/23/09
Time: 10:30am

Chapter 13

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Select Mortgage, Inc., its assignees and/or successors in interest. of the subject property, generally described as 3110 Cummins Ct., North Las Vegas. NV 89030.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time. place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED. AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1        IT IS FURTHER ORDERED that in the event a Notice of Default was recorded against this

2   particular property prior to July 1, 2009, the Debtor(s) can promptly submit a copy of this Order to the

3   State of Nevada, Foreclosure Mediation Program and the Order will be construed as an agreement

4   between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation under the

5   Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program.  The necessary

6   information can be accessed at "http://www.nevadajudiciary.us/".

7

8        DATED this 8th day of December, 2009.

9   Submitted by:
    **WILDE & ASSOCIATES**

10

11  By _____

12        **GREGORY L. WILDE, ESQ.**
          Attorney for Secured Creditor
13        208 South Jones Boulevard
          Las Vegas, Nevada 89107

14

15  APPROVED / DISAPPROVED

16  _____

17  Jorge L. Sanchez
    930 S. Fourth St., #211
    Las Vegas, NV 89101
18  Attorney for Debtor(s)

19

20  APPROVED / DISAPPROVED

21  _____

22  Kathleen A Leavitt
    201 Las Vegas Blvd., So. #200
23  Las Vegas, NV  89101
    Chapter 13 Trustee

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__✓__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or      __✓__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or      _____ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or      __✓__ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor